**FILED**

December 06, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad _____

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ~~MARYLAND~~ TEXAS**                    DEPUTY

CHARLES WOODLAND

(D.O.B - 8-3-64),                    *

ID#416-857/Sid# 364-604
        JCI
        P.O. BOX 534

Jessup Md 20794.                    *
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.                                         **Case No.:** 6:23 cv 833
                                           *(Leave blank. To be filled in by Court.)*
ARCHES SYSTEM LLC    *

        MINNESOTA

850 E. STATE HWY/114 STE.250

SOUTH LAKE, TX 76092.    *
*(Full name and address of respondent)*
**Defendant(s).**

## COMPLAINT

I.  Previous Lawsuits

    A.  Have you filed other cases in state or federal court dealing with the same facts as in this
        case or against the same defendants?

        YES  ☑ + NO  ☑ (Same defendants.t. different facts)

    B.  If you answered YES, describe that case(s) in the spaces below.

        1.  Parties to the other case(s):

            Plaintiff: _Charles Woodland,_

            Defendant(s): _ARChes System, LLC_

        2.  Court (if a federal court name the district; if a state court name the city or county):

            _101 Lombard St. Blaltimore, MD 21201,_

3. Case No.: _S A G - 33 - 2872_

4. Date filed: _October 20th, 2023_

5. Name of judge that handled the case: _Stephanie A. Gallagher_

6. Disposition (won, dismissed, still pending, on appeal): _Dismissed without_
   _Prejudice./_

7. Date of Disposition: _November 6th, 2023_

## II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐    NO ☑

   1. If you answered YES:

      a. What was the result? _____

      _____

      b. Did you appeal? _____
         YES ☐    NO ☑

   2. If you answered NO to either of the questions above, explain why: _Defendant's_
      _Arches System, LLC, are not employees of the_
      _department of correction./_

## III. Statement of Claim (1 of 4)

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

_Charles woodland (Hereandafter) "Plaintiff", filed_
_a lawsuit... in which he was a plaintiff in a class_
_act civil suit against Archer System, LLC (See Charles_
_woodland (Plaintiff) V. Archer System, LLC. (Defendant's).. Case No.:_
_____ _as a direct result, and following a_

## III Statement of Claim...Cont...(2of4)

Meritorious decision in plaintiff's favor... plaintiff Was awarded fifty thousand dollars ($50,000), However, a Mr. Ivan Bose received twenty thousand dollars of plaintiffs reward funds, and Archer System, LLC, with Malice, and Criminal intent, Stole twelve thousand, Seven hundred, ninety Six dollars, and eighty eight cents (12,796.88), for a hospital bill that Archer System, LLC falsely accrediteded to plaintiff's Charge., It is a fact, and has been proven by records, and documentation, attached hereto, and for this court's convience, that at the time the hospital bills in question were Amounted, plaintiff was a ward of the State of Maryland's Department of Corrections (See exhibits __ and __).,

Shortly after steeling twelve thousand, Seven hundred, ninety six dollars and Eighty Eight cent From Plaintiff, defendant, Archer System, LLC fowared a check addressed to plaintiff, in the amount of five hundred and fifty dollars ($550.00), to the residence of Ms, Lynn Moore Anderson (Power of Attorney), at: 22 Enchanted Hill rd, Apt-1, Owings Hills, Md 21117., also forwarded to Ms. Anderson Was a check, in the amount of twenty thousand dollars also addressed to plaintiff, therefore making it impossible to cash the checks for Ms. Anderson (power of Attorney)., A letter of decleration along with documentation Was mailed to Defendant illuminating his incarceration from the start date till the very day checks were received by Ms. anderson (Plaintiff's Power of attorney)...(Plaintiff's incarceration begin on Nov 04th 2011.)

A few days later, ups delivered another check after voiding the previous check, for twenty thousand dollars... in the name of Ms. Anderson (Power of Attorney).,

As provided in Estelle v. Gamble,"the state must provide medical care for those who it choose to incarcerate" See Gamble v.Estelle, 429 US. 97. 103 (1976)., See also U.S.Const. amend. VIII ("excessive bail Shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted").,

III Statement of Claim... Cont..(3 of 4)

## Rule 3-626 - SATISFACTION OF MONEY JUDGEMENT

(a) Entry upon notice.,

Upon being paid all amounts due on a Money Judgement, the Judgement creditor shall furnish to the Judgement debtor and file with the clerk a written statement that the Judgement has been Satisfied.,

(b) Entry upon notice.,

If the Judgement creditor fails to comply with Section (a) of this rule, the Judgement debtor may file a Motion for an order declaring that the Judgement has been Satisfied.,

## STANDARD OF REVIEW

Complaints raised by pro se litigants are "liberally Construed" and are "held to less Stringent Standards than formal pleadings drafted by lawyers" <u>Erickson v. Pardus</u>, 551 U.S. 89, 94 (2007).

To withstand a motion to dismiss for failure to state a claim under federal Rule of civil procedure 12(b)(6), plaintiffs must raise factual allegations that are "enough to raise a right to relief above the speculative level on the assumption that all the allegations in the complaint are true (even if doubtful in fact)" <u>Bel Atl Corp v. Twombly</u>, 550 U.S. 544, 555 (2007) (citations omitted).

## MOTION FOR SUMMARY JUDGEMENT

Summary Judgement motions are granted when the moving party shows that there is no genuine issue

III STATEMENT OF CLAIM...cont..(4 of 4)

of material fact, therefore entitling the moving party to Judgement as a matter law. Fed. R. Civ. P. 56(a)., <u>Celotez Corp v. Catrell</u>, 477 U.S. 317, 322 (1986)., The district Court must view facts in the light most favorable to the non moving party, including drawing all "Justifiable inferences" in favor of that party. <u>Anderson v. Liberty Lobby inc</u> 477 U.S. 242, 255 (1986).,

"Material" facts "might affect the outcome of the suit under the governing law" and they constitute genuine issues if there is sufficient evidence for the trier of fact to rule in favor of the non moving party. Id at 248

IV. Relief

(State briefly what you want the Court to do for you.)

Plaintiff ask that this court order defendant(s) to return
the $12,796.88 cents which it stole from plaintiff, with
an additional $5,000.00 in punitive damages for the
violation of the law and plantiff's constitutional rights.

SIGNED THIS 20th day of Nov , 2023 .

_Mr. Charles Woodland_
Signature of Plaintiff

CHARLES WOODLAND
Printed Name

P.O. Box 534
Jessup, Md 20794
Address

None
Telephone Number

None
Email Address

5-1-22


To: Archer System
    LLC Minnesota
    850 E. State Hwy
    114    Ste 260
    South Lake  TX  76092

Fr: Charles E. Woodland Jr
    #416-857  Sid#364-604
       J.C.I
    P.O. BOX  534
    Jessup ,Md  20794


    To whom it may concern:

        My name is Charles Woodland Jr. And I'm presently incarcerated
at Jessup Correctional  Inst .located in Jessup, Md. 20794. And I have been
incarcerated for Eleven (11) years, dating back to November 4th, 2011.

        I was informed by my (POWER OF ATTORNEY) Lynn Moore  Anderson at
22 Enchanted Hill Road, Apt-1, Owings Mills, Md 21117. That for some reason
or another you all sent $550.00 to her that was deducted from $12,796.88
that was  withheld back from funds award.ed to me from a Law Suite.And the
$550.00 was sent to my sisters place of residence with my  name on it. And tha
is not where I reside. I have been once again incarcerate for Eleven (11) yrs
as of Nov 4th, 2011.And when I  wrote you all the last time in regards to my
place of residence you all forwarded a new check to (Lynn Moore Anderson)
addressed to her in care of I (Charles E. Woodland Jr). And (Estelle  v.
Gamble) 429 U.S. 97  103 (1976).And being a WARD OF THE STATE do not under
no circumstances have to pay any (MEDICAL BILLS) as long as I'm confined under
the Divison of Correction- (Estella  v. Gamble) 429 U.S. 97.103 (1976).

        Enclosed is acopy of my March 6,2022 letter, that moved towards
    all changing the check addressed from (Charles Woodland) 22 Enchanted
Hill  Road, Owings, Mills,Md 21117 to (Lynn Moore Anderson) in care of (I)
Charles E. Woodland  Jr. And I would kindly appreciate it if you all would
take out the time necessary to correct the money ($12,797.88) that should
have been rerouted based on (I) Charles E. Woodland being a (WARD OF THE STATE
Also encloeed is a copy of the Power of Attorneypaper, my last commissary
made  on 4-29-2022, arrest papers and committment paper work to inform you all
as  to my time and when it started  this time/ incarceration. I only want to
Thank you all in advance for assisting me with this matter.


                                            Respectfully
                                             submitted,
                                            Charles E. Woodland Jr
                                            Charles  Woodland Jr

Exhibit - B

5-6-22

*FROM THE DESK OF LYNN MOORE ANDERSON*

TO: Archer System
LLC Minnesota
n    850  E. State Hwy
114  Ste 260
South  Lake  TX    76092

FR: Lynn Moore Anderson
22 Enchanted Hill Road/ Apt-1
Owings Mills, Md  21117

To whom it may concern;
     I am enclosing this brief notation in regards to my brother/ client
and his money($12,797.88) that was withheld based on medical reasons.
It was later brought to my attention that the (State of Maryland) that
he's  under right now tells me that  (Estelle  v. Gamble) 429 U.S. 97 103
this covers him from all bills (Medical Bills). The last time we went
through  a law suite, with him he was awarded  a certain amount of money.
Plus , I  Presented  I  to you all as his  Power  of Attorney, and I
know that mail should not  be coming to my place of residence  when he's
incarcerated  (UNLESS) it is addressed to me in care of (Charles Woodland).

     I would like to Thank-You in advance for assisting me with this matter
in advance. And for seeing to it that (Charles Woodland) receives his $12,797
88) because he is incarcerated/ and is not in society. And all of this is
layed out so that who ever reads this can/ and willbe  be able to understand
it.

                              Respectfully
                                submitted,
                              LYNN MOORE ANDERSON

Exhibit-C

# Durable Unlimited Power of Attorney

I, CHARLES WOODLAND, of J.C.I JESSUP City of JESSUP State of MARYLAND, as Principal, do appoint (Lynn Moore Anderson), my sister, of Owings Mills Maryland, as my Attorney-in-fact. I grant my Attorney-in-fact the full maximum power under law to perform any act on my behalf that I could not do personally, This is to include any health decisions, all acts relating to any bank, financial transactions and/or business affairs including all banking, financial institution or personal property transactions, all insurance or annuity transactions or business transactions, and to act in my best interest as she consider advisable. I agree that any third party receiving a signed copy or facsimile of this power of attorney may rely upon such copy.

This power of attorney shall be in full effect at the time of signing. Powers Granted under this document is effective immediately and will remain in effect if you become disabled or incapacitated.

Signature and Declaration of Principal I, CHARLES WOODLAND, the principal, sign my name to this power of attorney this 19th day of August 2022 and being first duly sworn, do declare to the undersigned authority that I sign and execute instrument as my power of attorney and that I sign it willingly, or willingly direct another to sign for me, that I execute it as my free and voluntary act for the purposes expressed in the power of attorney and that 1 am eighteen years of age or older, of sound mind and under no constraint or under influence.

Charles Woodland
Signature of Principal

1

Exhibit D

Notary Acknowledgment

State of _Maryland_ County of _Cecil_ Subscribed, sworn to and acknowledged before me by _Charles Woodland_, the Principal this _18 th_ day of _August 2022_.


_Eric Carl Nichols_
Notary Signature

Notary Public

In and for the County of _Cecil_ State of _Maryland_ my commission expires: _June 28. 2024_ Seal.

ERIC CARL NICHOLS
NOTARY PUBLIC
CECIL COUNTY
MARYLAND
MY COMMISSION EXPIRES _6-28-2024_

2

*MRDEC*

CIRCUIT COURT FOR BALTIMORE COUNTY
Julie L. Ensor
Clerk of the Circuit Court
County Courts Building
401 Bosley Avenue
P.O. Box 6754
Towson, MD 21285-6754
(410)-887-2601, TTY for Deaf: (800)-735-2258
Maryland Toll Free Number (800) 938-5802

C O M M I T M E N T    R E C O R D

Case Number: 03-K-91-001048 IF
District Court : 689923C3
Previous ID : 91CR1048
Central Criminal Number : I289979
C R I M I N A L

State Of Maryland

vs

Charles Edward Woodland, JR  (08/03/69)    Tracking No.:

ID No.:
Date Sentence Imposed: 11/26/13

FBI #:                    SID #:                    Inmate#: 184-682
                                                    )0416857
TO:  Commissioner, Division of Corrections

YOU ARE DIRECTED to receive the above named Defendant who has been sentenced and is hereby committed to your custody by John J Nagle III, Judge
The Defendant has been found guilty as to:

---

Count No: 4    ATN:                    Citation No:
  Art/Sec:  LIT
Charge: CJIS : ATTEMPTED MURDER

Sentence 25 years 0 months 0 days 0 hours with
         0 years 0 months 0 days 0 hours suspended.

         The jail sentence in this count is Concurrent with the jail
         sentence imposed in Case(s): with present sentence

__Parole Eligibility Restrictions

---

The total time to be served is :
25 Years,0 Months,0 Days,0 Hours
to run:

        X  A. concurrent with any other outstanding or unserved
              sentence and begin on 04/17/12.
        __ B. consecutive to the last sentence to expire of all
              outstanding and unserved Maryland sentences.
        __ C. consecutive to the sentence imposed in
              case No. _____.

*Exhibit - E*

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Archer System
LLC Minnesota
850 E. State Hwy
114 Ste 260
South Lake TX 76093

9590 9402 4124 8092 7241 99

icle Number (Transfer from service label)

7020 1290 0000 0422 5448

rm 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kenre ll    ☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
5-20-22

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$ 3.60

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)    $ 2.05
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery    $

Postage
$ 1.40

Total Postage and Fees
$ 7.85

Charles
Postmark
Here
mail orel

#46485 7

Sent To
Archer System LLC Minnesota
Street and Apt. No., or PO Box No.
850 E. State Hwy 114 Ste 260
City, State, ZIP+4®
South Lake TX (76093)

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1290 0000 0422 5448

Exhibit - H

CIRCUIT COURT FOR BALTIMORE COUNTY
Julie L. Ensor
Clerk of the Circuit Court
Towson, MD 21285-6754
**W A R R A N T**

CRIMINAL

Case Number: 03-K-91-001048
District Court: 689923C3
Previous ID: 91CR1048
Central Criminal Number: I289979

**State of Maryland vs Charles Edward Woodland JR**

STATE OF MARYLAND, BALTIMORE COUNTY, TO WIT:
TO ANY PEACE OFFICER, GREETINGS:
YOU ARE HEREBY COMMANDED TO ARREST:  **Charles Edward Woodland JR # 184-682**

D/O/B: 08/03/1969    RACE: African American SEX: M    HEIGHT: 508    WEIGHT: 145 HAIR COLOR: BLK
EYE COLOR: BRO    INMATE NO.: 184-682    HOME PHONE: (301)566-3097 WORK PHONE:
SOCIAL SECURITY #:            LICENSE NUMBER:    LICENSE STATE:
OTHER NUMBER:        OTHER DESCRIPTION:
MISCELLEANOUS DESCRIPTION: SC B HANDS
    **Last Known Address:**  MD Div. of Corr. - Trans. Unit
                    Trans Div
                Baltimore, MD 21202
to answer to a Charging Document filed in this Court for: <u>Violation of Probation</u>

AND YOU ARE FURTHER DIRECTED TO:
(X) Lodge this warrant as a detainer for the continued detention of the defendant for the offense charged in the Charging document.
( ) Process the Defendant, and commit the defendant to the Custodian of the Detention Center or Jail, until their appearance before
    a Judge of the Circuit Court at the next session of the court.  If the address of the defendant has changed, record the New
    Address below or check if the Address Remains Same (____).
( ) Process the Defendant and bring to Circuit Court.   If Court is not in session process and release with instructions to report
    to Circuit Court Clerk the next day Court is in session in Baltimore County Circuit Court, 401 Bosley Ave, 2nd Floor, Criminal
    Department, Towson, MD 21204.

Recommended Bond: **No bail authorized**
<u>**THIS BAIL SHALL NOT BE REVIEWED BY A DISTRICT COURT COMMISSIONER**</u>
Warrant issued by order of: Judge John J Nagle

WITNESS, The Honorable Chief Judge of the Third Judicial Circuit of Maryland.

Date Issued:  11/21/11

*Julie L. Ensor*
Julie L. Ensor, Clerk of the Circuit Court

LOCAL DETENTION CENTER, JAIL, OR BOOKING FACILITY: YOU ARE COMMANDED TO:
    Receive from any officer the body of the above named defendant who is HEREBY COMMITTED TO YOUR CUSTODY.
YOU ARE FURTHER COMMANDED TO:
        Transfer the Defendant to:  The Baltimore County Detention Center
                    720 Bosley Avenue
                    Towson, Maryland 21204
The Defendant, Once Transferred, Shall be Taken, Without Unnecessary Delay, Before the
Circuit Court for Baltimore County, to Answer these charges.

PEACE OFFICER'S RETURN
Copy of Warrant and Charging Document served on the Defendant _____
                                    (Date, Time & Place of Service)


_____        _____        _____
PEACE OFFICER PRINT NAME        I.D. No.        PEACE OFFICER SIGNATURE

03-K-91-001048                Charles Edward Woodland, JR            Page:    2

The defendant has been awarded 588 days credit for time served prior to and not including date of sentence(Criminal Procedure Article, Section 6-218).

ADDITIONAL SENTENCING INFORMATION/PROVIDE PAROLE ELIGIBILITY RESTRICTIONS OR PAROLE RECOMMENDATIONS, IF ANY:

    Count 4
        Eligible for Parole.

As defined in Criminal Procedure Article, Section 11-701, and subject to requirements of Section 11-701 to Section 11-721 Defendant to be registered as a:
    [ ] TIER I SEX OFFENDER           [ ] TIER II SEX OFFENDER
    [ ] TIER III SEX OFFENDER and/or   [ ] SEXUALLY VIOLENT PREDATOR.
    [ ] LIFETIME SEXUAL OFFENDER REGISTRANT & SUBJECT TO LIFETIME SEXUAL OFFENDER
        SUPERVISION.

X  Commitment is for execution of previously suspended sentence after Defendant
     was found in violation of probation.
__  Sentencing modification.  This commitment supersedes commitments
     issued on:  _____.

TRULY taken from the record of this court. __ Appeal Bond set at $ 0.00
WITNESS my Hand and the Seal of said Court this date:

    (SEAL)      11/26/13

                                  Julie L. Ensor - Clerk of the Circuit Court


            03-K-91-001048 State of Maryland vs Charles Edward Woodland JR

Page 1 of 1                                      04/27/2022 12:58 PM

**KEEFE COMMISSARY NETWORK**
P.O BOX 17490, St Louis, MO 63178-7490
34P for MD DPSCS JCI COMMISSARY

| | |
|---|---|
| Name: WOODLAND, CHARLES | Bal Before Order: 579.77 |
| ID: 364604        DOB: | Bal After Order: 514.40 |
| Acct #: 78246 | Order #: 20431265 |
| CPR #: 444542 | Order Date: 04/27/2022 |
| Block: JCI     Tier: E     Cell: C 710 | |

※ Note: My
Cast Commi—
is stay made
on 4/29/22.



20431265-444542

| Bay-Seq | Qty | UOM | Description | Alias | T | Price |
|---|---|---|---|---|---|---|
| STK | | | | | | |
| 0-50 | 1 | EA | PROTECTION DISP RAZR 1/ | 0305 | | 0.20 |
| 0-75 | 1 | EA | BIC DISP. RAZOR | 0300 | | 0.17 |
| A-1206 | 1 | EA | CREAMER NON-DAIRY 8OZ | 2021 | | 1.10 |
| A-1557 | 20 | EA | 1 EACH 1ST CLASS STAMP | 1049 | | 11.60 |
| B-2202 | 4 | EA | FISH STK/LA HOT 3.53OZ | 6721 | | 4.60 |
| D-4412 | 3 | EA | MICROWAVE POPCORN - B | 6201 | | 1.71 |
| E-5125 | 2 | EA | UNSALTED POTATO CHIPS | 6693 | | 5.50 |
| E-5202 | 4 | EA | MACKEREL FILLET IN BRIN | 6074 | | 5.44 |
| F-6206 | 2 | EA | SMOKD CLAMS/OIL 3.53OZ | 6183 | | 3.82 |
| F-6307 | 4 | EA | CINNAMON ROLL 4OZ | 3248 | | 4.00 |
| G-7319 | 4 | EA | ZC CHOC CHIP COOKIES 6 | 3035 | | 2.80 |
| G-7408 | 2 | EA | HTG DETRT W/BLCH & ENZ | 1477 | | 3.56 |
| J-9554 | 3 | EA | BC HOT & SPICY SUMMER | 3584 | | 6.00 |

OUT OF STOCK - AUTO-CREDIT (PLUS TAX) IN PROCESS

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 4 | EA | REESE'S PIECES 6OZ | 4222 | C | 13.80 |

| | |
|---|---|
| Total Pick Qty  51 | SubTotal:   64.30 |
| | Tax:    .1.07 |
| | Total:   65.37 |

**CANCELLED**

| Alias | Qty | Description | Reason |
|---|---|---|---|
| 2078 | 15 | 10/PK SUGAR | Item not available |
| 2331 | 2 | KOOLAID-TROP PUNCH 12OZ | Item restricted |
| 2333 | 2 | KOOLAID - GRAPE 12OZ. | Item restricted |
| 6167 | 3 | CHEETOS CHEESE 2OZ | Item not available |

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed: _Charles Woodland_     Date: 4/29/22

Witnessed By: _____     Date: 4/29/22

Exhibit - I

Via U.S. Priority Mail

April 22, 2022

Re: Roundup Holdback Payment

Charles Woodland
22 Enchanted Hills Rd. Apt#1
Owings Mills, MD 21117

Dear Charles Woodland:

Enclosed please find your second distribution for your Roundup Settlement. This distribution is the amount remaining from your Holdback for Potential Healthcare Reimbursement Lien Obligations, as well as a reconciliation of the lien resolution fees incurred in resolving your Healthcare Reimbursement/Lien Obligations.  Please see below detailed information regarding the outcome of your Healthcare Reimbursement/Lien Obligations:

MD Medicaid: $12,796.88

Total Finalized Healthcare Reimbursement/Lien Obligation Amount: $12,796.88
Holdback for Healthcare Reimbursement/Lien Obligation Amount: $12,796.87

Lien Resolution Fee Holdback Amount: $975.00
Finalized Lien Resolution Fee amount: $420.00

Settlement Check: $555.00

The balance due to you, represents the difference of the lien holdback amount minus the finalized medical lien amount plus lien resolution fee holdback amount minus the finalized lien resolution fee amount.

Your lien resolution provider has finalized your lien verification process. Pursuant to the Settlement Court's order, the Settlement Trust Administrator will submit payment to your lien holders, if any, on your behalf.  Please contact the lien administrator at 1-800-927-0253 with questions regarding your specific lien resolution.

Respectfully,
Settlement Administrator

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES WOODLAND,                    *

Plaintiff,                           *

v.                                   *        Civil Action No. SAG-23-2872

ARCHES SYSTEM LLC,                   *

Defendant.                           *
                                   ***

**ORDER**

Plaintiff Charles Woodland filed the above-captioned action on October 20, 2023, claiming that he was previously awarded $50,000.00 in a lawsuit, but Arches System LLC took $12,796.88 of the proceeds to pay a hospital bill, for which Plaintiff was not responsible. ECF No. 1. As relief, Plaintiff seeks return of the $12,796.88 and punitive damages totaling $5,000. *Id.* at 4, 6. For the reasons that follow, the Complaint shall be dismissed.

Federal courts are courts of limited jurisdiction, "constrained to exercise only the authority conferred by Article III of the Constitution and affirmatively granted by federal statute." *In re Bulldog Trucking, Inc.,* 147 F.3d 347, 352 (4th Cir. 1998). Because questions of subject matter jurisdiction concern the court's power to hear the case, they must be resolved before the court can turn to the sufficiency or merits of a claim. *See Steel Co. v. Citizens for a Better Environment,* 523 U.S. 83, 94-95 (1998) ("The requirement that jurisdiction be established as a threshold matter springs from the nature and limits of the judicial power of the United States and is inflexible without exception." (Internal citation and quotation marks omitted)). Federal courts have original jurisdiction over civil cases, with some exceptions not relevant here, only in two instances: (1) under federal question jurisdiction, where the case involves an issue of federal law, *see* 28 U.S.C. § 1331 (2012), or (2) under diversity jurisdiction, where the parties in the case are citizens of

different states and the amount in controversy exceeds $75,000, *see* 28 U.S.C. § 1332.

Here, neither basis for jurisdiction is satisfied. Plaintiff fails to identify any federal question in the Complaint and the facts do not suggest that any would be presented. Plaintiff's sole claim appears to arise from an alleged breach of contract; however, the federal court does not sit to review every claim related to a breach of contract involving non-federal parties.

To the extent Plaintiff invokes diversity jurisdiction, he fares no better. Pursuant to § 1332, the Plaintiff bears the burden of demonstrating that the grounds for diversity exist and that diversity is complete. *See Advani Enters., Inc. v. Underwriters at Lloyds*, 140 F.3d 157, 160 (2d Cir. 1998). The requirement of complete diversity of citizenship mandates that each plaintiff meet the diversity requirements as to each defendant. *See Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 829 (1989). As noted, diversity jurisdiction exists when the parties are citizens of different States and the amount in controversy exceeds $75,000. *See Stouffer Corp. v. Breckenridge*, 859 F.2d 75, 76 (8th Cir. 1988); *McDonald v. Patton*, 240 F.2d 424, 425-26 (4th Cir. 1957). For purposes of diversity, a corporation is "deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business." 28 U.S.C. § 1332(c)(1). The Supreme Court has made clear that a corporation's principal place of business is the place where "the corporation's high level officers direct, control, and coordinate the corporation's activities[, which is] often metaphorically called . . . the corporation's 'nerve center,'" and "will typically be found at [the] corporation's headquarters." *Hertz v. Friend*, 559 U.S. 77, 80-81 (2010).

In this case, the citizenship of the parties is not diverse. Although Plaintiff is located in Maryland and the named Defendant has its principal place of business in Texas (*see* ECF No. 1 at

1), Plaintiff does not seek damages in excess of $75,000 (*see id.* at 4, 6). Thus, diversity is not complete and there is no basis for diversity jurisdiction over the state law claim asserted. While the complaint may be brought in the appropriate state court, it may not proceed here.

Accordingly, it is this <u>6th</u> day of November, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff.


                                              /s/
                                    Stephanie A. Gallagher
                                    United States District Judge

3

11/27/2023

To whom it may concern.

My name is (Charles Woodland) #416-857 | Sid# 364-604. And I'm presently located in Jessup, Md 20794 | Jessup Correctional Institutions. And I'm enclosing this brief notation in hopes of receiving some assistance from you all in making sure my paper work reaches its presently distination.

I would like to (Thank you all) for assisting me with this matter. Thank you all once againe.

Respectfully
submitted,

Mr. Charles Woodland
#416-857 | Sid# 364-604



odLand

4-604

CAPITAL DIST 2008
FRI 01 DEC 2023

0794

RECEIVED

DEC 05 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

nited States Distric
ourt for Western
District of Texas
4.S. District Clerks
Office
300 Franklin Ave
WACO, Texas (76701)

MR. Charles W
#416-857 / kid# 3
J. C. I
P. O. Box 53
Jessup, md